**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 23, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00037-CR

### IN RE L.D. MEEKS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1678360**

## MEMORANDUM OPINION

On January 19, 2023, relator L.D. Meeks filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Chris Morton, presiding judge of the 230th District Court of Harris County, to provide a constitutional speedy trial.

Relator is represented by counsel.  A defendant is not entitled to hybrid representation, and, as a consequence, a trial court is free to disregard any pro se motions presented by a defendant who is represented by counsel.  *Jenkins v. State*, 592 S.W.3d 894, 902 n.47 (Tex. Crim. App. 2018).  Moreover, in the absence of a right to hybrid representation, relator's pro se petition for writ of mandamus presents nothing for this court's review.  *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *Turner v. State*, 805 S.W.2d 423, 425 n.1 (Tex. Crim. App. 1991).

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).